**MATERN LAW GROUP, PC**
Matthew J. Matern (SBN 159798)
mmatern@maternlawgroup.com
Mikael H. Stahle (SBN 182599)
mstahle@maternlawgroup.com
Irina A. Kirnosova (SBN 312565)
ikirnosova@maternlawgroup.com
2101 E. El Segundo Blvd., Suite 403
El Segundo, California 90245
Tel: (310) 531-1900
Fax: (310) 531-1901

Attorneys for Plaintiffs JESSICA HERNANDEZ and CAROL TURNER, individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA HERNANDEZ, individually and on behalf of all others similarly situated; CAROL TURNER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:21-cv-00166-FLA-SHK<br><br>Honorable Fernando L. Aenlle-Rocha<br><br>**CLASS ACTION**<br><br>**NOTICE OF ERRATA RE: OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:       January 10, 2025<br>Time:       1:30 p.m.<br>Courtroom:  6B |

-1-

NOTICE OF ERRATA
5:21-CV-00166-FLA-SHK

| | |
|---|---|
| 1 | TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF |
| 2 | RECORD: |

PLEASE TAKE NOTICE that Exhibits A-S (Dkts. 144-8 through 144-26) to the Declaration of Mikael H. Stahle (Dkt. 144-7), filed on December 20, 2024, were inadvertently filed without marking each exhibit by its number. To correct this error, each exhibit properly marked is attached hereto.

Plaintiffs apologize to the Court and to all Parties for any inconvenience caused by the error.

Dated:  December 26, 2024         **MATERN LAW GROUP, PC**

By: */s/ Mikael H. Stahle*
    MATTHEW J. MATERN
    MIKAEL H. STAHLE
    IRINA A. KIRNOSOVA

Attorneys for Plaintiffs JESSICA HERNANDEZ and CAROL TURNER, individually and on behalf of all others similarly situated