1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11   JESSICA HERNANDEZ, *et al.*,              Case No. 5:21-cv-00166-FLA (SHKx)

12                         Plaintiffs,
                                              **ORDER APPROVING**
13            v.                              **STIPULATION TO REMAND**
                                              **ACTION TO STATE COURT**
14                                            **[DKT. 226]**
     WAL-MART ASSOCIATES, INC., *et*
15   *al.*,

16                         Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

                                       1

On December 10, 2025, Plaintiffs Jessica Hernandez and Carol Turner and Defendant Wal-Mart Associates, Inc. filed a Stipulation to Remand Action to State Court ("Stipulation").  Dkt. 226.

The court, having considered the Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS as follows:

1. The court REMANDS the action to the Superior Court of California for the County of San Bernardino, Case No. CIVSB2024738.

2. All dates and deadlines in this court are VACATED.

3. The clerk of the court shall close the action administratively.

IT IS SO ORDERED.

Dated: December 16, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge